IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSEPH WRIGHT,                  )
                                )
            Petitioner          )
                                )        Case No. CV416-175
V.                              )
                                )
UNITED STATES OF AMERICA,       )
                                )
            Respondent          )

## ORDER

The Petitioner's Motion for Leave to File a Second or Successive Motion to Vacate, Set

Aside, or Correct Sentence, 28 U.S.C. § 2255(h) in the above-styled action having been DENIED

by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of

Appeals, is made the judgment of this court.

SO ORDERED, this 26th day of September, 2019.


J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA